UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

NETSPEND CORPORATION, a corporation;

    Defendant.

**Case No. 1:16-civ-04203-AT**

**ORDER TO UNSEAL PLAINTIFF'S UNREDACTED
COMPLAINT AND FILE ON PUBLIC DOCKET**

Now before the Court is Plaintiff Federal Trade Commission ("FTC") and Defendant NetSpend Corporation ("NetSpend") (collectively, the "Parties") Consent Motion to Unseal Complaint Upon Entry of Stipulated Order for Permanent Injunction and Monetary Judgment ("Consent Motion") [Doc. 42], which the Parties have filed concurrently with their proposed Stipulated Order for Permanent Injunction and Monetary Judgment ("Proposed Stipulated Final Order") (Doc. 41) to settle this case.

The Parties have met and conferred regarding the resolution of their remaining dispute concerning NetSpend's requested redaction of parts of the

1

FTC's Complaint (*see* Doc. 4, 23), and have agreed that upon the Court's entry of the Proposed Stipulated Final Order, NetSpend will withdraw its objection to disclosure of the material redacted from the Complaint, and the FTC will file on the public docket the unredacted Complaint that has been lodged with the Court (Doc. 3).

The Court, having entered the Proposed Stipulated Final Order, hereby **GRANTS** the Parties' Consent Motion.

By stipulation and agreement of the Parties, **IT IS HEREBY ORDERED**:

1. The FTC's Motion for Leave to File Unredacted Complaint Under Seal (Doc. 4) is **WITHDRAWN.**

2. NetSpend's Response in Support of Plaintiff's Motion for Leave to File Unredacted Complaint Under Seal (Doc. 23) is **WITHDRAWN**.

3. The FTC shall file on the public docket within three (3) days of the entry of the Proposed Stipulated Final Order the unredacted Complaint that has been lodged with the Court (Doc. 3).

**IT IS SO ORDERED** this 10th day of April, 2017.

_____
Amy Totenberg
United States District Judge